

The relief described hereinbelow is SO ORDERED.

Signed June 04, 2018.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| OMNI LION'S RUN, L.P. | § | LEAD CASE NO. 17-60329 |
| OMNI LOOKOUT RIDGE, L.P. | § | 2D CASE NO. 17-60447 |
| Jointly Administered | § | |
| Debtors-in-Possession | § | CHAPTER 11 |
| | § | (Jointly Administered |
| | § | Under 17-60329) |

---

### ORDER GRANTING MOTION OF THE CREDITOR
### AUTHENTIC CONTRACTING SOLUTIONS, LLC.
### TO SET ASIDE ORDER GRANTING OBJECTION OF
### OMNI LION'S RUN, LP., TO CLAIM NO. 4
_____

**CAME ON,** to be considered the Motion of Authentic Contracting Solutions, LLC., ("ACS") to Set Aside the Order Granting Debtor's Objection to Authentic Contracting Solutions, LLC.'s Claim No. 4 (POC No. 4). The Court, having considered the Motion and any responses thereto, hereby grants the Motion.

Therefore, it is

**ORDERED** that the Order Granting Objection of Debtor, Omni Lion's Run, LP., to Claim No. 4 of Authentic Contracting Solutions, LLC., is set aside and rescinded.

**IT IS FURTHER ORDERED** that the Objection of the Debtor Omni Lion's Run, LP., to Claim No. 4 of Authentic Contracting Solutions, LLC., is denied.

**IT IS FURTHER ORDERED** that Claim No. 4 of Authentic Contracting Solutions, LLC., is allowed.

**FURTHER ORDERED** that a copy of this order will be served by the clerk's office upon the Debtor:

Omni Lion's Run, LP.
Ron Satija, Attorney
Hajjar Peters, LLP
3144 Bee Caves Road
Austin, Texas 78746

# # #

Order submitted by:

Robert K. Frisch
Texas State Bar No. 07480500
15150 Preston Road, Suite 240
Dallas, Texas 75248
(972) 386-3940 Telephone
(972) 764-0928 Facsimile
rkfrischlaw@msn.com