**The objection to claim will be heard on July 25, 2018 at 11:30 a.m. in Waco.**

**The relief described hereinbelow is SO ORDERED.**

**Signed June 08, 2018.**



_____
Ronald B. King
Chief United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| OMNI LION'S RUN, L.P. | § | LEAD CASE NO. 17-60329 |
| OMNI LOOKOUT RIDGE, L.P. | § | 2d CASE NO. 17-60447 |
| Jointly Administered | § | |
| Debtors-in-Possession | § | CHAPTER 11 |
| | § | (Jointly Administered |
| | § | Under 17-60329) |

## ORDER VACATING ORDER GRANTING OBJECTION OF DEBTOR, OMNI LOOKOUT RIDGE, L.P, TO CLAIM NUMBER 13 IN CASE 17-60447 OF AUTHENTIC CONTRACTING SOLUTIONS, LLC
[relates to Doc#227]

CAME ON to be considered the Motion of the Debtor, Omni Lookout Ridge, L.P., to Vacate the Order granting the Debtor's Objection to the Proof of Claim filed by Authentic Contracting Solutions, LLC ("ACS") [POC No. 13 in Case No. 17-60447]. The Court, having considered the Motion to Vacate, and finding that service was proper and that no objections were filed, hereby grants it. Therefore, it is

ORDERED that hearing on the Debtor's Objection to the Claim of ACS [Claim 13 in Case No. 17-60447] shall be held at the time and date specified above.

###

Order submitted by,

Ron Satija
HAJJAR PETERS LLP
3144 Bee Caves Rd
Austin, Texas 78746
512.637.4956
rsatija@legalstrategy.com

ATTORNEY FOR OMNI
LOOKOUT RIDGE, L.P.