

The objection is set for hearing on July 25, 2018 at 11:30 a.m. in Waco.

The relief described hereinbelow is SO ORDERED.

Signed June 08, 2018.

_____
Ronald B. King
Chief United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| OMNI LION'S RUN, L.P. | § | LEAD CASE NO. 17-60329 |
| OMNI LOOKOUT RIDGE, L.P. | § | 2D CASE NO. 17-60447 |
| Jointly Administered | § | |
| Debtors-in-Possession | § | CHAPTER 11 |
| | § | (Jointly Administered |
| | § | Under 17-60329) |

### ORDER GRANTING MOTION OF THE CREDITOR
### AUTHENTIC CONTRACTING SOLUTIONS, LLC.
### TO SET ASIDE ORDER GRANTING OBJECTION OF
### OMNI LOOKOUT RIDGE, LP., TO CLAIM NO. 13

CAME ON, to be considered the Motion of Authentic Contracting Solutions, LLC., ("ACS") to Set Aside the Order Granting Debtor's Objection to Authentic Contracting Solutions, LLC.'s Claim No. 13 (POC No. 13). The Court, having considered the Motion and any responses thereto, hereby grants the Motion.

Therefore, it is

ORDERED that the Order Granting Objection of Debtor, Omni Lookout Ridge, LP., to Claim No. 13 of Authentic Contracting Solutions, LLC., is set aside and rescinded.

IT IS FURTHER ORDERED that the Objection of the Debtor Omni Lookout Ridge, LP., to Claim No. 13 of Authentic Contracting Solutions, LLC., is denied.

IT IS FURTHER ORDERED that Claim No. 13 of Authentic Contracting Solutions, LLC., is allowed.

FURTHER ORDERED that a copy of this order will be served by the clerk's office upon the Debtor:

Omni Lookout Ridge, LP.
Ron Satija, Attorney
Hajjar Peters, LLP
3144 Bee Caves Road
Austin, Texas 78746

### 

Order submitted by:

Robert K. Frisch
Texas State Bar No. 07480500
15150 Preston Road, Suite 240
Dallas, Texas 75248
(972) 386-3940 Telephone
(972) 764-0928 Facsimile
rkfrischlaw@msn.com