UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: OMNI LION'S RUN, L.P. § CASE NO. 17-60329
§ CHAPTER 11

PROCEEDING MEMO - § 341 MEETING on June 27, 2017, at 11:30 a.m.

1. Disclosure statement filed by attorney for debtor pursuant to 11 U.S.C. § 329 and Bankruptcy Rule 2016(b): __√_Yes ___NO

2. Debtor appeared

3. Counsel for debtor appeared

4. Meeting concluded. The parties discussed continuing the meeting, but the plan process was started, and the budget, feasibility and other issues that would be addressed in a § 341 were being heard in court proceedings.

5. Notes of Presiding Officer

   Run by a receiver prior to filing. Books and records kept by receiver.

   Requested budget. Debtor filed plan and disclosure statement at time of § 341.

   Debtor seeks to regain control of this estate in order to fund the operations of the related case, 17-60447, by seeking to put new management in place and possibly supplement short falls in revenues with capital infusions and/or loans from principal.

DATE PETITION FILED: May 2, 2017
BAR DATE: September 18, 2017
PLUS 90 DAYS: July 31, 2017

RETURNED NOTICES: None

CREDITORS' COMMITTEE FORMED: No.

                      */s/ Deborah A. Bynum*
                      Presiding Officer

(REV. 07/29/98)